Louis Angelina, Appellant, v. Euclid Concrete Corp. et al., Respondents.— Orders unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. As the pleadings stood on the motion for summary judgment, plaintiff was bound by the written contract and summary judgment on the causes of action based on the alleged oral contract was properly granted. We affirm, with leave to plaintiff to plead a cause of action for reformation or rescission. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Breitel, JJ. [See 281 App. Div. 659.]

Pennsylvania Publications, Inc., Respondent, v. Edward Senft et al., Appellants.— Orders unanimously affirmed, with $20 costs and disbursements to respondent. The cause of action alleged in the complaint is for common-law fraud, not breach of warranty made in the contract. To sustain it plaintiff will be required to prove all the ingredients of a fraud action. This is not an action upon any contract, or contractual in nature; thus section 218 of the General Corporation Law is not available as a defense. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Breitel, JJ.

The People of the State of New York ex rel. Leo Ritter et al., Copartners Doing Business under the Name of Clifton House, Respondents, against William E. Boyland et al., Constituting the Tax Commission of the City of New York, Appellants. [127–133 W. 79th St., Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Breitel, JJ.

In the Matter of Motors Realty Corporation, Appellant-Respondent, against William E. Boyland et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. [1775 Broadway, Borough of Manhattan.] — Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Breitel, JJ.

In the Matter of Forty Wall Street Building, Inc., Respondent, against William E. Boyland et al., Constituting the Tax Commission of the City of New York, Appellants. [40 Wall St., Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Breitel, JJ.

Perott & Co., Inc., Respondent, v. Thomas P. Mesick et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Breitel, JJ.

In the Matter of Benny Carrera, Appellant, against John F. O'Connell et al., Constituting the State Liquor Authority, Respondents.—Determination confirmed, with $20 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Breitel, JJ.